1032

Motion for reargument of motion for leave to appeal denied [*see* 24 NY3d 913 (2015)].

Judges Stein and Fahey taking no part.

In the Matter of the Claim of Maryann E. Hanna, Appellant. Commissioner of Labor, Respondent.

Submitted March 23, 2015; decided May 12, 2015

Motion for reargument of motion for leave to appeal denied [*see* 24 NY3d 917 (2015)].

In the Matter of Ling Chen, Appellant, v Reuters America Holdings, Inc., et al., Respondents. Workers' Compensation Board, Respondent.

Submitted March 23, 2015; decided May 12, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of Latanya Morant, Respondent, v Lonnel Rogers et al., Respondents, Suffolk County Department of Social Services, Appellant.

Submitted March 9, 2015; decided May 12, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

The People of the State of New York, Respondent, v Rashid Bilal, Appellant.

Submitted April 6, 2015; decided May 12, 2015

Motion by appellant to strike portions of the supplemental appendix for respondent and related references in respondent's brief granted and said material deemed stricken.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RASHID BILAL, Appellant.

Submitted April 27, 2015; decided May 12, 2015

Motion by respondent to enlarge the record denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILSON BRADLEY, Appellant.

Submitted April 6, 2015; decided May 12, 2015

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain the motion from the order of the Appellate Term (*see* CPLR 5602 [a]). Motion for poor person relief dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SANTO GONZALEZ, Appellant, v JOSEPH T. SMITH, as Superintendent of Shawangunk Correctional Facility, Respondent.

Submitted March 23, 2015; decided May 12, 2015

Motion for reconsideration of this Court's February 12, 2015 dismissal order denied [*see* 24 NY3d 1203 (2015)].

Judges STEIN and FAHEY taking no part.

In the Matter of CHARLES T. RAWLEY, Respondent, v JESSICA ˊ GRAHAM, Appellant.

Submitted March 2, 2015; decided May 12, 2015